```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07437
   PEARLIE P WILLIAMS
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-5098


-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/03/05 and confirmed on 04/29/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   33660.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------------
DOVENMUEHLE MORTGAGE       CURRENT MORTG        .00            .00              .00
SELECT PORTFOLIO SERVICI   SECURED              .00            .00              .00
AMERICAN FINANCIAL SOLUT   UNSECURED      NOT FILED            .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED        3425.94         242.05          3425.94
AMOCO OIL CO               UNSECURED      NOT FILED            .00              .00
CBUSA                      UNSECURED      NOT FILED            .00              .00
ECAST SETTLEMENT CORPORA   UNSECURED        3661.05         258.40          3661.05
RESURGENT CAPITAL SERVIC   UNSECURED        7024.01         495.68          7024.01
DISCOVER BANK              UNSECURED        8299.45         582.41          8299.45
MBNA AMERICA               UNSECURED      NOT FILED            .00              .00
NIEMAN MARCUS              UNSECURED      NOT FILED            .00              .00
NORDSTROM FSB              UNSECURED        2085.31         148.09          2085.31
SAMS CLUB                  UNSECURED      NOT FILED            .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED        2088.00         147.02          2088.00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED            .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED         697.04          42.48           697.04
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED       .00           .00     27280.80         .00      27280.80
PRINCIPAL PAID           .00           .00     27280.80         .00      27280.80
INTEREST PAID            .00           .00      1916.13         .00       1916.13
TOTAL PAID               .00           .00     29196.93         .00      29196.93
The Debtor's attorney, DAVID M SIEGEL                 , was allowed $   2700.00
and was paid $    456.00  direct and $   2244.00  through the plan.

The Trustee received $   1415.42 .

Refunds to the Debtor totaled $     803.65 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE











                              PAGE   2
         CASE NO. 05 B 07437 PEARLIE P WILLIAMS